IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROY BURSON, | : | Case No. 1:25-cv-620 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| SOUTHEASTERN CORRECTIONAL COMPLEX, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 6)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth P. Deavers (Doc. 6), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint, with the exception of Plaintiff's First Amendment access to courts claim against Defendants Jenkins and Griffin, which **SHALL PROCEED**. Further, the Court **CERTIFIES** that an appeal of this Order would not be taken in good faith, and Plaintiff cannot seek leave of this Court to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND