**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| ROY BURSON, | : | Case No. 1:25-cv-620 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN CORRECTIONAL | : | |
| COMPLEX, et al., | : | |
| | : | |
| Defendants. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 29)

---

This matter is before the Court on the Report and Recommendation (Doc. 29) of

Magistrate Judge S. Courter M. Shimeall, to whom this case is referred pursuant to 28

U.S.C. § 636(b). In the Report, the Magistrate Judge recommends that this Court deny

Plaintiff's Motion to Amend (Doc. 26). Plaintiff filed Objections (Doc. 30), to which

Defendants filed a Response (Doc. 31). Thus, this matter is ripe for the Court's review.

Plaintiff's Objections simply state that he would like to "put into evidence and to

reinforce the report of the motion to amend." He asks "to add the cases that I added in

my motion to amend, to reinforce the wrongdoing" of Defendants Jenkins and Griffin.

(Objections, Doc. 30.)  None of these objections, however, confront the reasoning or

conclusions of the Report and Recommendation.  Plaintiff fails to identify anything

specific he believes may be incorrect in the Magistrate Judge's findings. *See Miller v.

Currie*, 50 F.3d 373, 380 (6th Cir. 1995).  Such nonspecific objections are, in effect,

restatements of prior arguments and amount to a failure to object. *Bradley v. United States*, No. 18-1444, 2018 WL 5084806, at *3 (6th Cir. Sept. 17, 2018); *Cole v. Yukins*, 7 F. App'x 354, 356 (6th Cir. 2001).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Upon such review, the Court finds that Plaintiff's Objections (Doc. 30) are not well-taken and are accordingly **OVERRULED**.  The Court **ADOPTS** the Report and Recommendation (Doc. 29) in its entirety. Plaintiff's Motion to Amend (Doc. 26) is **DENIED WITHOUT PREJUDICE**.

 **IT IS SO ORDERED**.

       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF OHIO

By: _____
       JUDGE MATTHEW W. McFARLAND