**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

ROY BURSON, : Case No. 1:25-cv-620

Plaintiff, : Judge Matthew W. McFarland
Magistrate Judge S. Courter M. Shimeall

v.

SOUTHEASTERN CORRECTIONAL COMPLEX, et al.,

Defendants.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 39)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge S. Courter M. Shimeall (Doc. 39), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 33) is **GRANTED** and this matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________
JUDGE MATTHEW W. McFARLAND